WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company as Trustee for IndyMac INDX Mortgage Loan Trust 2005-AR3, Mortgage Pass-Through Certificates, Series 2005-AR3*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR3,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; CHICAGO TITLE AGENCY OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02240-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 17-19]**<br><br>**[First Request]**<br><br>ECF No. 25 |

Plaintiff, Deutsche Bank National Trust Company as Trustee for IndyMac INDX Mortgage Loan Trust 2005-AR3, Mortgage Pass-Through Certificates, Series 2005-AR3. ("Deutsche Bank Trustee"), Specially-Appearing Defendant Fidelity National Title Group, Inc. ("Fidelity") and Defendants Chicago Title Insurance Company ("Chicago") and Chicago Title Agency of Nevada ("Chicago Agency", collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 10, 2020, Deutsche Bank Trustee filed its Complaint in Eighth Judicial District Court, Case No. A-20-826195-C [ECF No. 1-1];

2. On December 10, 2020, Chicago Title filed its Petition for Removal to this Court [ECF No. 1];

3. On January 29, 2021, Chicago Title filed a Motion to Dismiss [ECF No. 17];

4. On January 29, 2021, Chicago Agency also filed a Motion to Dismiss [ECF No. 18];

5. On January 29, 2021, Fidelity also filed a Motion to Dismiss [ECF No. 19];

6. Deutsche Bank Trustee's deadline to respond to Defendants' Motions to Dismiss is currently February 12, 2021;

7. Deutsche Bank Trustee's counsel is requesting an extension until March 16, 2021, to file its response to the pending Motions to Dismiss;

8. This extension is requested to allow Deutsche Bank Trustee additional time to finalize and file its response to the pending Motions to Dismiss as lead handling counsel for Deutsche Bank Trustee continues to recover from an unexpected medical emergency.

9. Counsel for Defendants does not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

10. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 9th day of February, 2021.                    DATED this 9th day of February, 2021.

WRIGHT, FINLAY & ZAK, LLP                                SINCLAIR BRAUN LLP

*/s/ Lindsay D. Robbins*                                 */s/ Kevin S. Sinclair*
Lindsay D. Robbins, Esq.                                 Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                                     Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                           16501 Ventura Boulevard, Suite 400
Las Vegas, NV 89117                                      Encino, California 91436
*Attorneys for Plaintiff, Deutsche Bank                  Attorney for Defendants, Fidelity National
National Trust Company as Trustee for                    Title Group, Inc., Chicago Title Insurance
IndyMac INDX Mortgage Loan Trust 2005-                   Company, and Chicago Title Agency of
AR3, Mortgage Pass-Through Certificates,                 Nevada*
Series 2005-AR3*

**IT IS SO ORDERED.**

Dated this  10th  day of February, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE