## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Deutsche Bank National Trust company as Trustee for Indymac INDX Mortgage Loan Trust 2005-AR3, Mortgage Pass-Through Certificates, Series 2005-AR3,<br><br>    Plaintiff<br><br>v.<br><br>Fidelity National Title Group, Inc., et al.,<br><br>    Defendants | Case No.: 2:20-cv-02240-JAD-NJK<br><br>**Remand Order**<br><br>[ECF No. 8] |

Deutsche Bank filed this title-insurance action in Nevada State Court. Defendant Chicago Title Insurance Company removed this case to this court under 28 U.S.C. §§ 1332, 1441(b), and 1446 based on diversity of citizenship.[1] Citing defective snap removal, plaintiff moved to remand.[2] For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 8] is GRANTED**;
- Plaintiff's Motion for Fees and Costs **[ECF No. 9] is DENIED**;
- All other pending motions **[ECF Nos. 17, 18, 19, and 23] are DENIED** as moot and without prejudice; and

---

[1] ECF No. 1.
[2] ECF No. 8.

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 26, Case No. A-20-826195-C,** and CLOSE THIS CASE.

Dated: March 2, 2021

_____
U.S. District Judge Jennifer A. Dorsey